IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
      Plaintiff,               )    4:05CR3029
                               )
      v.                       )
                               )
ARTHUR E. SHARPLEY, JR.,       )       ORDER
                               )
      Defendant.               )
```

IT IS ORDERED,

1. Defendant's motion for time, filing 26, is granted and the deadline for filing pretrial motions is extended to May 27, 2005.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between May 6, 2005 and May 27, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

Dated May 6, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge