```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3029 |
| v. ) | |
| ) | |
| ARTHUR E. SHARPLEY, JR., ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

It has been brought to my attention that the written judgment entered in this case was different from the sentence announced at the sentencing hearing.  One condition of probation was inserted into the judgment which, although it was part of the sentencing recommendation, was not part of the sentence announced from the bench.  Therefore, on the court's own motion pursuant to Fed. R. Crim. P. 36,

   IT IS ORDERED,

   The judgment entered on August 23, 2005, filing 64, is hereby amended as follows:  On page 3, by deleting paragraph 1.

   DATED this 30th day of August, 2005.

                                 BY THE COURT:

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge