```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:05CR3029 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ARTHUR E. SHARPLEY, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court has received a letter request from the defendant[1] which requests an early termination from probation.  I shall consider the request as a motion.  I previously denied a similar request made by the United States Probation Office concerning co-defendant Michael Curry.  I shall also deny this request for the same reasons.  One of the principal provisions of the sentence was to prevent the defendant from hunting for a considerable length of time.  To terminate the probation early would remove this important limitation.

IT THEREFORE HEREBY IS ORDERED,

The letter request of the defendant Arthur Sharpley, Jr. is considered as a motion and is denied.

DATED this 12th day of January, 2007.

```
                    BY THE COURT:

                    s/ David L. Piester
                    David L. Piester
                    United States Magistrate Judge
```

---

[1] Defendant was represented by counsel at the time of the original offense, and the letter appears to be from the defendant *pro se*, although it bears no signature.  I consider it assuming that it is from the defendant and that he is no longer represented.